UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Lausteveion Johnson,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>Charles Daniels, et al.,<br><br>　　　　　Defendants | Case No. 2:21-cv-02151-CDS-VCF<br><br>**Order Dismissing Defendant** |

　　　This action was filed on March 16, 2022. On November 21, 2022, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to K. Gonzolez was filed by December 21, 2022, the court would enter an order of dismissal. ECF No. 17. The deadline has now passed, and no proof of service has been filed.

　　　IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to defendant K. Gonzolez.

　　　DATED: October 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge