AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants
Tyrone Cromwell, Charles Daniels,
Guillermo E. Hernandez, Williams Hutchings,
Leo Martinez, Kimberly McCoy,
and James Scally*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CORONAVIRUS et al.,<br><br>    Defendants. | Case No. 2:21-cv-02151-CDS-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

    Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and ~~Andrew C. Nelson~~ Samuel Pezone, Jr., Deputy Attorney General, hereby stipulate that above-captioned matter should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 5 day of October, 2023.    DATED this 5th day of October, 2023.

_____    /s/ Samuel L. Pezone, Jr.
LAUSTEVEION JOHNSON                  _____
*Plaintiff, pro se*                  SAMUEL L. PEZONE, JR., Bar No. 15978
                                     Deputy Attorney General
                                     Attorney for the Defendants

The Clerk of Court is kindly directed to close this case.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 30, 2023